UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TOPILCE TAVIRA ESCALON,
*individually and on behalf of others similarly situated,*   Civil Action No. **24-cv-07412-AS**

                          *Plaintiff,*

          -against-   [~~Proposed Form Of~~]
                                                    **JUDGMENT**

ANVA LLC (D/B/A ANVA) and ANDRZEJ
PASEK (AKA ANDREW),

                          *Defendants,*
-----------------------------------------------------------------X

## **JUDGMENT**

    On April 22, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, TOPILCE TAVIRA ESCALON, have judgment against ANVA LLC (D/B/A ANVA) and ANDRZEJ PASEK (AKA ANDREW), jointly and severally, in the amount of Twenty-Two Thousand Dollars and No Cents ($22,000.00), which is inclusive of attorneys' fees and costs.

    The Clerk of Court is respectfully directed to close the case.

Dated: April 24, 2025

                                                    _____
                                                  HON. JUDGE ARUN SUBRAMANIAN
                                                  UNITED STATES DISTRICT JUDGE